| Fill in this information to identify the case: |
|---|
| United States Bankruptcy Court for the: |
| _____CENTRAL__ District of _CALIFORNIA_ (State) |
| Case number (If known):_____ Chapter _11_ |



☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

**1. Debtor's name**    Crawford Wireless LLC

**2. All other names debtor used in the last 8 years**    NONE

Include any assumed names, trade names, and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**    85-4062007

**4. Debtor's address**

Principal place of business

**CRAWFORD WIRELESS LLC**

Number    Street
3433 Ocean Park Blvd. 107-282

Santa Monica    CA    90405
City    State    ZIP Code

Los Angeles
County

Mailing address, if different from principal place of business

**SAME**

Number    Street

P.O. Box

City    State    ZIP Code

Location of principal assets, if different from principal place of business

Number    Street

City    State    ZIP Code

**5. Debtor's website (URL)**    _____

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 1

Debtor     Crawford Wireless LLC                                      Case number *(if known)*_____

| | |
|---|---|
| **6. Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |
| **7. Describe debtor's business** | *A. Check one:*<br>☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))<br>☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))<br>☐ Railroad (as defined in 11 U.S.C. § 101(44))<br>☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))<br>☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))<br>☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))<br>XX None of the above<br><br>*B. Check all that apply:*<br>☐ Tax-exempt entity (as described in 26 U.S.C. § 501)<br>☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)<br>☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))<br><br>C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .<br>5  3  1  1 |
| **8. Under which chapter of the Bankruptcy Code is the debtor filing?**<br><br>A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box. | *Check one:*<br>☐ Chapter 7<br>☐ Chapter 9<br>XX Chapter 11. *Check all that apply:*<br>  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).<br>  ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).<br>  ☐ A plan is being filed with this petition.<br>  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).<br>  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.<br>  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.<br>☐ Chapter 12 |

Debtor  Crawford wireless LLC                                    Case number (if known)_____

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   If more than 2 cases, attach a separate list.

   XX No
   ☐ Yes. District _____  When _____ Case number _____
                                         MM / DD / YYYY
              District _____  When _____ Case number _____
                                         MM / DD / YYYY

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    List all cases. If more than 1, attach a separate list.

    XX No
    ☐ Yes. Debtor_____ Relationship_____
           District_____ When _____
                                         MM / DD / YYYY
           Case number, if known _____

11. **Why is the case filed in *this district*?**

    Check all that apply:

    ☒☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

    ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

    ☐ No
    XX Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** *(Check all that apply.)*

    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

    ☐ It needs to be physically secured or protected from the weather.

    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

    XX Other  Threat of Immediate Foreclosure and sale _____

    **Where is the property?** 195 Winterwind Way _____
                               Number    Street

    _____
    Watsonville                          CA    95076
    City                                 State ZIP Code

    **Is the property insured?**
    ☐ No
    XX Yes. Insurance agency  Information is not readily available _____

    Contact name _____

                        SEE APPENDIX FOR ADDITIONAL PROPERTIES

Official Form 201           Voluntary Petition for Non-Individuals Filing for Bankruptcy           page 3

Debtor  Crawford wireless LLC                                    Case number (if known)

**Statistical and administrative information**

Debtor       Crawford Wireless LLC                                    Case number (if known)_____

| 13. Debtor's estimation of available funds | Check one:<br>☐ Funds will be available for distribution to unsecured creditors.<br>XX After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
|---|---|

| 14. Estimated number of creditors | XX 1-49<br>☐ 50-99<br>☐ 100-199<br>☐ 200-999 | ☐ 1,000-5,000<br>☐ 5,001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000<br>☐ 50,001-100,000<br>☐ More than 100,000 |
|---|---|---|---|

| 15. Estimated assets | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | XX $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |
|---|---|---|---|

| 16. Estimated liabilities | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | XX $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |
|---|---|---|---|

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  11/30/2020
           MM / DD / YYYY

X _____           OZRO GRAHAM III
Signature of authorized representative of debtor       Printed name

Title  CEO

Debtor     Crawford wireless LLC                                          Case number *(if known)*_____

_____     Date  _____

18. **Signature of attorney**

                              Signature of attorney for debtor                              MM    / DD / YYYY

_____
Printed name

_____
Firm name

_____
Number        Street

_____        _____   _____
City                                            State        ZIP Code

_____        _____
Contact phone                          Email address

_____        _____
Bar number                             State

---

Official Form 201                Voluntary Petition for Non-Individuals Filing for Bankruptcy                page **6**

| Fill in this information to identify the case and this filing: |
|---|
| Debtor Name  Crawford Wireless LLC |
| United States Bankruptcy Court for the: Central District of CA (State) |
| Case number (If known): _____ |

## Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)
- ☐ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
- ☐ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
- ☐ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
- ☐ Schedule H: Codebtors (Official Form 206H)
- ☐ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)
- ☐ Amended Schedule ____
- ☐ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)
- ☒ Other document that requires a declaration  Form 201 chpt. 11 / Corporate Ownership

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  11-30-2020
MM / DD / YYYY

X _[signature]_
Signature of individual signing on behalf of debtor

OZRO GRAHAM III
Printed name

CEO
Position or relationship to debtor

Official Form 202        Declaration Under Penalty of Perjury for Non-Individual Debtors

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

In Re:

Crawford Wireless LLC

) Case No.:
)
)
) Chapter 11
)
)
) APPENDIX OF ADDITIONAL
) PROPERTIES
)

## ADDITIONAL PROPERTIES AND LOCAATIONS

    i.   110 Winterwind Way

        Watsonville California 95076

    ii.  1051 41st Avenue

        Santa Cruz, California 95062

DATED: November 30, 2020

_____
Ozro Graham III
Ceo

- 2 -

Crawford Wireless LLC
Chapter 11
Additional Properties

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

|  |  |
|---|---|
| In Re:<br><br>CRAWFORD WIRELESS LLC | ) Case No.:<br>)<br>)<br>)<br>)<br>)<br>) Chapter 11<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## COPORATE OWNERSHIP STATEMENT

Pursuant to Federal Rules of Bankruptcy Procedure 1007(a)(1), no corporation, other than a governmental unity, directly or indirectly owns 10% or more of any class of the above captioned debtor's equity interests

DATED: November 30, 2020

                                                                          OZRO GRAHAM III<br>
                                                                          CEO

**Secretary of State**
**Statement of Information**
(Limited Liability Company)

LLC-12

20-E78713

**FILED**

In the office of the Secretary of State
of the State of California

NOV 27, 2020

This Space For Office Use Only

**IMPORTANT** — Read instructions **before** completing this form.

**Filing Fee** – $20.00

**Copy Fees** – First page $1.00; each attachment page $0.50;
Certification Fee - $5.00 plus copy fees

**1. Limited Liability Company Name** (Enter the exact name of the LLC. If you registered in California using an alternate name, see instructions.)
CRAWFORD WIRELESS LLC

| 2. 12-Digit Secretary of State File Number | 3. State, Foreign Country or Place of Organization (only if formed outside of California) |
|---|---|
| 201920710434 | CALIFORNIA |

**4. Business Addresses**

| | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| a. Street Address of Principal Office - Do not list a P.O. Box<br>3433 Ocean Park Blvd Suite 107-282 | Santa Monica | CA | 90405 |
| b. Mailing Address of LLC, **if different than item 4a**<br>3433 Ocean Park Blvd Suite 107-282 | Santa Monica | CA | 90405 |
| c. Street Address of **California** Office, if Item 4a is not in California - Do not list a P.O. Box<br>3433 Ocean Park Blvd Suite 107-282 | Santa Monica | CA | 90405 |

**5. Manager(s) or Member(s)** — If no managers have been appointed or elected, provide the name and address of each member. At least one name and address must be listed. If the manager/member is an individual, complete Items 5a and 5c (leave Item 5b blank). If the manager/member is an entity, complete Items 5b and 5c (leave Item 5a blank). Note: The LLC cannot serve as its own manager or member. If the LLC has additional managers/members, enter the name(s) and addresses on Form LLC-12A (see instructions).

| a. First Name, if an individual - Do not complete Item 5b | Middle Name | Last Name | Suffix |
|---|---|---|---|
| OZRO | | GRAHAM | III |

b. Entity Name - Do not complete Item 5a

| c. Address | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| 3433 Ocean Park Blvd Suite 107-282 | Santa Monica | CA | 90405 |

**6. Service of Process** (Must provide either Individual **OR** Corporation.)

**INDIVIDUAL** – Complete Items 6a and 6b only. Must include agent's full name and California street address.

| a. California Agent's First Name (if agent is not a corporation) | Middle Name | Last Name | Suffix |
|---|---|---|---|
| OZRO | | GRAHAM | |

| b. Street Address (if agent is not a corporation) - **Do not enter a P.O. Box**<br>3433 Ocean Park Blvd Suite 107-282 | City (no abbreviations)<br>Santa Monica | State<br>CA | Zip Code<br>90405 |
|---|---|---|---|

**CORPORATION** – Complete Item 6c only. Only include the name of the registered agent Corporation.

c. California Registered Corporate Agent's Name (if agent is a corporation) – Do not complete Item 6a or 6b

**7. Type of Business**

a. Describe the type of business or services of the Limited Liability Company
COMMUNICATIONS

**8. Chief Executive Officer, if elected or appointed**

| a. First Name | Middle Name | Last Name | Suffix |
|---|---|---|---|
| | | | |

| b. Address | City (no abbreviations) | State | Zip Code |
|---|---|---|---|

**9. The Information contained herein, including any attachments, is true and correct.**

| 11/27/2020 | OZRO GRAHAM III | MEMBER | /s/ Ozro Graham |
|---|---|---|---|
| Date | Type or Print Name of Person Completing the Form | Title | Signature |

**Return Address (Optional)** (For communication from the Secretary of State related to this document, or if purchasing a copy of the filed document enter the name of a person or company and the mailing address. This information will become public when filed. SEE INSTRUCTIONS BEFORE COMPLETING.)

Name:
Company:
Address:
City/State/Zip:

**California Secretary of State**
Electronic Filing

**FILED**
Secretary of State
State of California

# LLC Registration – Articles of Organization

Entity Name: Crawford Wireless LLC

Entity (File) Number: 201920710434
File Date: 07/24/2019
Entity Type: Domestic LLC
Jurisdiction: California

Detailed Filing Information

1. Entity Name: Crawford Wireless LLC

2. Business Addresses:
   a. Initial Street Address of Designated Office in California:
      210 Winterwind Way
      Watsonville, California 95076
      United States

   b. Initial Mailing Address:
      2450 Louisiana St., Suite 400-PMB601
      Houston, Texas 77006
      United States

3. Agent for Service of Process: INCORP SERVICES, INC. (C2294569)

4. Management Structure: One Manager

5. Purpose Statement: The purpose of the limited liability company is to engage in any lawful act or activity for which a limited liability company may be organized under the California Revised Uniform Limited Liability Company Act.

Electronic Signature:
The organizer affirms the information contained herein is true and correct.
Organizer: Vincent Rojo

*Use bizfile.sos.ca.gov for online filings, searches, business records, and resources.*

Tom Perett

PO Box 4899

Arcata CA 95518